**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Holding a Criminal Term

Grand Jury Sworn in on June 14, 2024

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **WALTER LEE GOODMAN,** | : | **VIOLATIONS:** |
| also known as "Dolo," | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute N, N-Dimethylpentylone) |
| **Defendant.** | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | 18 U.S.C. § 933(a)(2) |
| | : | (Unlawful Trafficking in Firearms |
| | : | Through Receipt) |
| | : | 18 U.S.C. § 933(a)(1) |
| | : | (Unlawful Trafficking in Firearms |
| | : | Through Transfer) |
| | : | |
| | : | **FORFEITURE:** |
| | : | 18 U.S.C. § 924(d), 21 U.S.C. § 853(a) |
| | : | and (p), and 28 U.S.C. § 2461(c) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

1. On or about December 4, 2023, within the District of Columbia, **WALTER LEE GOODMAN, also known as "Dolo,"** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of N, N-Dimethylpentylone, a Schedule 1 controlled substance.

   **(Unlawful Possession with Intent to Distribute a Mixture or Substance Containing N, N-Dimethylpentylone,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT TWO

2. On or about December 8, 2023, within the District of Columbia, **WALTER LEE GOODMAN, also known as "Dolo,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2017-CF2-011171, the Superior Court for the District of Columbia, Criminal Case No. 2013-CF3-018296, and the Superior Court for the District of Columbia, Criminal Case No. 2012-CF2-02009, did unlawfully and knowingly receive and possess a firearm, that is, a 9-millimeter CZ P-10 C, and did unlawfully and knowingly receive and possess ammunition, that is, 9-millimeter ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

3. On or about December 8, 2023, within the District of Columbia, **WALTER LEE GOODMAN, also known as "Dolo,"** did unlawfully and knowingly receive from another person any firearm in and otherwise affecting interstate and foreign commerce, that is, a 9-millimeter CZ P-10 C, knowing and having reasonable cause to believe that such receipt would constitute a felony, that is, a violation of Title 18, United States Code, 922(g)(1), as **WALTER LEE GOODMAN, also known as "Dolo,"** having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, unlawfully and knowingly did come to receive and possess the aforementioned firearm, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

**(Unlawful Trafficking in Firearms Through Receipt**, in violation of Title 18, United States Code, Section 933(a)(2))

## COUNT FOUR

4. On or about December 8, 2023, within the District of Columbia, **WALTER LEE GOODMAN, also known as "Dolo,"** did unlawfully and knowingly ship, transport, transfer, cause to be transported, and otherwise dispose of any firearm to another person in and otherwise affecting interstate and foreign commerce, that is, a 9-millimeter CZ P-10 C, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient would constitute a felony.

**(Unlawful Trafficking in Firearms Through Transfer**, in violation of Title 18, United States Code, Section 933(a)(1))

## COUNT FIVE

5. On or about April 16, 2024, within the District of Columbia, **WALTER LEE GOODMAN, also known as "Dolo,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2017-CF2-011171, the Superior Court for the District of Columbia, Criminal Case No. 2013-CF3-018296, and the Superior Court for the District of Columbia, Criminal Case No. 2012-CF2-02009, did unlawfully and knowingly receive and possess a firearm, that is, a 9-millimeter Taurus G2C, and did unlawfully and knowingly receive and possess ammunition, that is, 9-millimeter ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, the

defendant, **WALTER LEE GOODMAN, also known as "Dolo,"** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly as the result of the offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

2. Upon conviction of any of the offenses alleged in Counts Two through Five of this Indictment, the defendant, **WALTER LEE GOODMAN, also known as "Dolo,"** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the willful commission of any of these offenses, including, but not limited to:

    A. a 9-millimeter CZ P-10 C bearing serial number G020287;

    B. a 9-millimeter Taurus G2C bearing serial number TMB41678; and

    C. 9-millimeter ammunition.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    A. cannot be located upon the exercise of due diligence;

    B. has been transferred or sold to, or deposited with, a third party;

    C. has been placed beyond the jurisdiction of the Court;

    D. has been substantially diminished in value; or

    E. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

> (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853(a) and (p); and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*[signature]*
Attorney of the United States
in and for the District of Columbia