AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

FID 9169667

**RECEIVED**
By USMS District of Columbia District Court at 9:09 am, Nov 13, 2024

United States of America
v.
WALTER LEE GOODMAN

*Defendant*

)
)
)
)
)
)

Case: 1:24-cr-00510
Assigned to: Judge Cooper, Christopher R.
Assign Date: 11/12/2024
Description: INDICTMENT (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   WALTER LEE GOODMAN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) and § 841 (b)(1)(C) - Unlawful Possession with Intent to Distribute N, N-Dimethylpentylone
18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year
18 U.S.C. § 933(a)(2) - Unlawful Trafficking in Firearms Through Receipt
18 U.S.C. § 933(a)(1) - Unlawful Trafficking in Firearms Through Transfer

Date: 11/12/2024

*Issuing officer's signature*

City and state:  Washington, DC

Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/12/24, and the person was arrested on *(date)* 12/5/24
at *(city and state)* Washington DC.

Date: 12/5/24

*Arresting officer's signature*

Thomas K WEBB   ATF TFO
*Printed name and title*